# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: | Chapter 7<br>Bankruptcy No. 23-32710-WJF |
| Elizabeth Rose Miller and<br>Justin Delaine Miller, | |
| Debtors. | |
| Elizabeth Rose Miller, | Adversary No. 25-03004-WJF |
| Plaintiff, | |
| vs. | |
| Culligan Ultrapure, Inc., | |
| Defendant. | |

## STIPULATION OF DISMISSAL
_____

Pursuant to the terms of the Settlement Agreement entered into in the above-entitled adversary action, it is hereby stipulated and agreed by and between Plaintiff Elizabeth Rose Miller ("Plaintiff") and Defendant Culligan Ultrapure, Inc. ("Defendant"), through their counsel of record, that this adversary proceeding may be DISMISSED WITH PREJUDICE, without an award of attorneys' fees, costs and disbursements to any party.

Pursuant to Local Bank. R. 9011-1(b), the parties authorize the filing of this Stipulation of Dismissal with electronic signatures.

Dated: June 11, 2025

                                          VAVRECK LAW, LLC

                                          By: */s/ Mark L. Vavreck*
                                          Mark L. Vavreck (# 0318619)
                                          7900 International Drive, Suite 300, PMB 3345
                                          Bloomington, MN 55425
                                          Telephone: (612) 373-7000
                                          Facsimile: (612) 659-9220
                                          Email: mark@vavrecklaw.com

                                          **Attorney for Debtor/Plaintiff**

Dated:  June 11, 2025                                    **SPENCER FANE LLP**

By:   */s/ Lindsay Doman*
Lindsay Doman (#0401626)
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
Telephone:  (612) 268-7000
Facsimile:  (612) 268-7001
ldoman@spencerfane.com

**Counsel for Defendant Culligan Ultrapure, Inc.**